**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA LYNN PEDERSEN and DUANE PEDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>GRAND DESIGN RV, LLC and DEXTER AXLE COMPANY, LLC,<br><br>Defendants. | Case No. 1:25-cv-01828-JLT-FRS (EPG)<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANT DEXTER AXLE COMPANY, LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: December 12, 2025<br>Current response date: January 26, 2026<br>New response date: February 25, 2026<br><br>(Doc. No. 10) |

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

CASE NO. 1:25-CV-01828-JLT-FRS (EPG)

## **ORDER**

The Court, having considered the Stipulation by the Parties (Doc. No. 10) and good cause appearing:

**IT IS HEREBY ORDERED** that Defendant Dexter Axle Company, LLC shall have an additional thirty (30) days to answer or otherwise respond to Plaintiffs' Complaint up to and including February 25, 2026.

IT IS SO ORDERED.

Dated:    **January 27, 2026**                    /s/ *Erin P. Gross*
                                                         UNITED STATES MAGISTRATE JUDGE

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    2                    CASE NO. 1:25-CV-01828-JLT-FRS (EPG)