UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LYNN PEDERSEN, et al., | Case No. 1:25-cv-01828-JLT-FJS |
| Plaintiffs, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| GRAND DESIGN RV, LLC, et al., | (ECF No. 18) |
| Defendants. | |

On March 9, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached. (ECF No. 15.) The court ordered the parties to file the appropriate dispositional documents no later than May 11, 2026. (ECF No. 16.) On May 6, 2026, Plaintiff Pamela Lynn Pedersen filed a motion for a 45-day extension of time to file dispositional documents. (ECF No. 18.) Plaintiff states this motion is unopposed. (ECF No. 18.) No opposition was filed to this motion and the deadline to do so has passed. The court has deemed Plaintiff's motion, currently noticed for hearing on June 12, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g), and the hearing is VACATED.

Good cause exists to extend the deadline to file dispositional documents due to processing delays outside of the parties' control regarding the repurchase of the "Subject Vehicle," according to the terms of settlement agreement. (ECF No. 18 at 1.)

1

Accordingly, it is HEREBY ORDERED that the deadline for Plaintiffs to file dispositional documents is extended and Plaintiffs shall file, or ensure the filing of, dispositional documents no later than June 25, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE